JOHN DUFFY, Esquire
807 GARRETT RD
UPPER DARBY  PA 19082

PHONE: 610-352-3222

Attorney for Plaintiff

---

QULENA HALIM
5613 PINE ST
PHILADELPHIA PA 19143

) UNITED STATES DISTRICT COURT
) EASTERN DISTRICT OF PENNSYLVANIA

Plaintiff,    )    CIVIL ACTION

v.

NUMBER # 08-CV-4312

Eagle Group International, Inc.
4751 Best Rd
suite: 300
Atlanta, Ga   30337

JURY TRIAL DEMANDED

and

Management & Training Corporation
500 N. MARKET PLACE DRIVE
CENTERVILLE, UT 84014

AMENDED COMPLAINT

and

et al,

---

NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

Philadelphia Bar Association
Lawyer Referral and Information
One Reading Center
Philadelphia, PA  19107
(215) 238-1701

AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SINO TIENE ELDINERO SUFICIENTE DE PAGAR TAL SERVICO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

Asociacion De Licenciado De Filadelfia
One Reading Center
Filadelfia, PA  19107
Telefono:  (215) 238-1701

```
JOHN DUFFY, Esquire
807 GARRETT RD
UPPER DARBY  PA 19082
                                        Attorney for Plaintiff
PHONE:610-352-3222
------------------------------)
                              )
QULENA HALIM                  )
5613 PINE ST                  ) UNITED STATES DISTRICT COURT
PHILADELPHIA PA 19143         )EASTERN DISTRICT OF PENNSYLVANIA
                              )
          Plaintiff,          )       CIVIL ACTION
                              )
     v.                       )
                              )       NUMBER # 08-CV-4312

Eagle Group International, Inc.
4751 Best Rd                  )
suite: 300                    )
Atlanta, Ga   30337           )
                              )
                                      JURY TRIAL DEMANDED
     and
                              )
Management & Training Corporation
500 N. MARKET PLACE DRIVE     )
CENTERVILLE, UT 84014         )
                              )       AMENDED COMPLAINT
     and                      )
                              )
CELESTE MCDONALD,Past-Director)
                              )
     and                      )
                              )
DARRYL JOHNSON, Past-Principle)
                              )
     and                      )
et al,                        )
          Defendants,         )
```

**AMENDED COMPLAINT**

1

## COUNT 1

## FRAUD

Plaintiff QULENA HALIM sues the Defendants for damages caused by their fraudulent actions:

1. The Plaintiff, QULENA HALIM is a resident of Phila, PA. Ms Qulena Halim, the Plaintiff, attended the POTOMAC ACADEMY, a division of Potomac Job Corps Center. It was her hope to achieve her High-school Degree/Diploma. The Plaintiff did all that was required by her teachers and supervisors at the Academy, believing that she (Plaintiff) was earning her Degree and High-School Diploma. Actually, the Potomac Academy did award her a High-School Diploma, on January 23, 2004., see attached copy fo Diploma. The Plaintiff believed she had finally achived and earned her High-School Degree but this "Diploma" was invalid. In 2008, the Plaintiff applied for a job at Jefferson Hospital in Pliladelphia, for a position (job) which reqiured a High-School education. The Plaintiff was "shocked" to find that her High-School Diploma was "not valid", she was informed by Jefferson Hospital that her Diploma was issued as a "Sham" and her Diploma was "invalid". The Plaintiff called

2

the new Principle of the Potomac Academy to inquire why the Jefferson Hospital was claiming that her Degree/Diploma was "no-good". The Plaintiff was very disturbed to learn that the Past-Principle and Past-Director of the Potomac Academy had been Dismissed/fired for "falsification of records" and that some of the High-School Diplomas issued by the Academy were issed under "fraudulent circumstances". The Plaintiff was devastated to learn that her High-School Diploma is <u>not</u> Valid and she was <u>denied</u> employment with the Hospital because she <u>did not</u> have a High-school degree.

2.   The plaintiff avers that the Past-Principle and Past-Director of the Academy were intentionally and directly involved with perpertrating this Fraud upon her. The Plaintiff avers that <u>all</u> Defendants are responsible for this Fraud and the Damages it has caused, under the legal Doctrine of Responteat-Superior.

3.   The plaintiff was not only disturbed to learn that her Degee/Diploma was "no-good" but the Potomac Academy <u>did not</u> send her any communications about the "falsification-of records". They <u>did not</u> let her know that the Past-Principle and Past-Director had been fired/dismissed for Fraud. The Plaintiff learned of this problem (an invalid High-School Diploma) from a potential employer, in fact,

3

this employer refused to hire her because her High-School Diploma was invalid and fradulent.  The Potomac Academy could have and should have let Qulena Halim know about this problem, much earlier, but they did not!

4.   Jurisdiction in the United States District Court for Eastern Pennsylvania is proper because:

   1) Defendants are agents, sub-contractors and/or employees of the agents and subcontractors, for the United States Federal Governmant, Department of Labor.

   2)  Defendants are domiciled in other states, thus, under diversity,  are subject to the Jurisdiction of the Federal Courts.

   3)  Defendants, as agents and sub-contractors for a Federal Agency, the U.S.Department of Labor, and having sufficient contacts, through the Philadelphia Reginal Job Corps, specifically, doing business and signing-up students from the Philadelphia area,  the first contact and transaction occuring in Philadelphia, PA, are subject to the jurisdiction of the Federal Court for the Eastern District of Pennsylvania.

5.   First Defendant, Eagle Group Intentional, Incorporated, is located at  4751 Best Rd., Suite 300  Atlanta, GA  30337.

4

This Defendant being the prime contractor for the Job Corps, a division of the U.S Department of Labor. This contractor being responsible for the operation and over-sight of the Potomac Academy, the school that issued the diploma that was subsequently declared "invalid".

6. Second Defendant, Mangement & Training Corporation, is located : 500 Market Place Drive, Centerville, Utal, 84014. This Defendant is a sub-contractor doing work for the first-named Defendant.

7. Third Defendant, DARRYL JOHNSON, Past-Principle of the Potomac Academy, had been dismissed/fired from the school, and his current location is not known at this time.

8. Fourth Defendant, CELESTE MCDONALD, Past-Director, of the Potomac Academy, cannot be located until Defendants 1 and 2 are required to divulge this personal information via Discovery.

9. Other Defendants, who may have caused or contributed to Plaintiff's Damages, are unkown at this time, pending Discovery.

5

10. Under the legal Doctrine of Responteat-Superior, Plaintiff avers that all Defedants are responsible for damages suffered by the Plaintiff caused by this Fraud upon her.

## COUNT #2

### NEGLIGANCE

11. Plaintiff, QULENA HALIM, incorporates paragraphs one(1) through twelve (11) inclusively, as fully as though each was herein set forth at length.

12. Plaintiff avers that all Defendants were negligent in that they failed-to-supervise, control and monitor its sub-contractors and/or employees properly and in accordance with law, all this to the detriment of the Plaintiff.

13. The Plaintiff avers that the Defendants all knew, <u>very soon</u> after the Diploma was issued, that there was a serious problem. (ie. The Diploma was Fraudulent). Plaintiff avers that the Defendants <u>could have</u> and <u>should have</u> contacted her immediateley, to let her know that there was a problem, they did not contact her. Plaintiff believes that this has "set her back" years, with trying obtain her High-scholl Diploma

and thus, improving her prospects for a better life by aquiring a better job.

14. As a direct result of the fraud and the Defendants' negligence, the Plaintiff, QULENA HALIM, has suffered a loss of job and job opportunities, opportunities for advancemant, loss of income, embarrasment, loss of self-esteem, Depression and Humiliation. Also, Plaintiff has suffered a loss of her valuable time and lost a portion of her life, in that she must repeat certain sections and semesters of High-School, so that she may achieve her goal of a High-school Degree/Diploma and get a decent job!

15. **WHEREFORE**, Plaintiff, QULENA HALIM avers that she is entitled to recover from the Defendants damages in excess of $500,000 plus Punitive Damages, court costs, filing fees, attorney's fees and interest on the amount of any judgment in her favor.

Date: 11/1/2008                    BY: _____
                                        JOHN DUFFY,
                                        Attorney for Plaintiff

**VERIFICATION**

I, QULENA HALIM, hereby state that I am the Plaintiff in this action and the statements of fact made in the foregoing Complaint are true and correct to the best of my knowledge, information and belief. The undersigned understands that the statements herein are made subject to the penalties of 18 Pa.C.S. $4904 relating to unsworn falsification to authorities.

Date: 11/1/08

_____
QULENA   HALIM, Plaintiff

8

**CERTIFICATION**

Plaintiff, by her attorney, JOHN DUFFY hereby certify that the matter in controversy is not the subject of any other pending or contemplated judicial or arbitration proceeding. Plaintiff is not certain, at this time, of any other party who should be joined in this action but reserves the right to join additional Defendants should they become known during discovery.

Date: 11/1/08

_____
JOHN DUFFY ESQ.
Attorney for Plaintiff

9

# Potomac Academy



This Certifies That

## QULENA HALIM

has satisfactorily completed a course of Study prescribed for Graduation from this institution and is therefore awarded this

### High School Diploma

**January 23, 2004**

_Clute McSnail_
Director

_[signature]_
Principal